UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZAIRE DUNLAP,

Defendant.

CASE NO. 3:23-CR-00108-1 WHO [TSH]

[~~PROPOSED~~] DETENTION ORDER

On August 17, 2026, this matter came before the Court for a detention hearing on the Amended Petition for Warrant filed July 17, 2026. Dkt. No. 31. The defendant was present, in custody, and represented by counsel. The government and United States Probation moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds the defendant has not met his burden by clear and convincing evidence under Fed. R. Crim. P. 32.1(a)(6) that any condition or combination of conditions would reasonably assure the safety of any other person or the community or assure the defendant's appearance at future court proceedings. As to risk of flight, the defendant repeatedly refused to provide Probation with the location where he was staying, and then absconded from supervision altogether. As to danger, he was found in possession of firearms and distribution-level amounts of illegal drugs. Under these circumstances, he cannot show by clear and convincing evidence that there are any conditions of release that would mitigate his flight risk or danger to the community.

Accordingly, the defendant is hereby ordered detained pending resolution of the Amended Petition for Warrant for Person Under Supervision filed July 17, 2026.

IT IS SO ORDERED.

DATED: August 17, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge